IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ERIC L. WALKER, II,
    Plaintiff,

PROVIDED TO DESOTO C. I.
220ct22 FOR MAILING

Case No: 3:22-cv-1466-LC-HTC

SGT. JOSHUA HATTAWAY,
SGT. JOHN REIFSCHNEIDER,
CAPT. COREY SETTLEMIRES,
    Defendants.    /

## MOTION FOR THE APPOINTMENT OF COUNSEL

Comes now, the Plaintiff Eric L. Walker, II, pro se, requests this Honorable Court to grant him the appointment of counsel, and as reasons thereof shows the following:

1.    The Plaintiff is an indigent inmate within the confines of the Florida Department of Corrections.

2.    The Plaintiff filed several request and/or demands for discovery from the counsel for the defendants and has not received the documents and/or video tapes of evidence that he has requested.

3.    And, of the 228 pages of F.A.C. (Florida Administrative Code) Ch 33-code rules that he received on November 1, 2022, (a week after the October 24, 2022 end of discovery scheduling order date), all relevant chapter 33 Administrative Rules were **"Blacked out"** and otherwise **"redacted**, due to the

Plaintiff status as an inmate.

4. The Plaintiff was not sent these documents directly; but yet was ordered by a **"third party"** classification officer to "hurry up" and read through 228 pages in 2 hours...

5. Further, the defense only option for the Plaintiff to **"make copies"** of the documents sent, was directed for the "indigent" plaintiff to **"mail him a check"** for copies.

6. And lastly, the Plaintiff has only "objected" to the defendants' attorney of having "unlimited" - "unending" access to his medical files, and has conceded to the subpoenaing of his records from **"May 2019 to October 24, 2022"** only. But the defense attorneys keep on insisting on a full unconditional release and "full" future access and have held this as "ransom" to the Plaintiff's request for video evidence.

**Therefore**, to alleviate this evidentiary blockage based upon the Plaintiff's "status" as an inmate, the plaintiff if requesting the appointment of counsel for future representation of his civil action against the defendant's

Respectfully requested,

/s/ E. Walker
Eric L. Walker, II, Prose
DC# W17028

2

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I have placed a copy of this motion in the hands of prison officials for mailing to: Attorney Joe Belitzky for the defendants at: Office of the Attorney General, the Capitol, PL-01; Tallahassee, Florida 32399-1050, on this day of __18TH December__ 2022.

/s/ _E.W. Walker_
Eric L. Walker, II, Prose
DC# W17028
Desoto Corr. Inst. Annex
13617 Southeast Highway 70
Arcadia, Florida 34266-7800

